

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00107-CV

Michael McCann
v.
Candace Moore, et al.

On Appeal from the
36th District Court of Bee County, Texas
Trial Cause No. B-16-1557-CV-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, Michael McCann, although he is exempt from payment due to his inability to pay costs.

We further order this decision certified below for observance.

June 27, 2019